UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMANDA JANE DORDON,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:12-cr-00273

**ORDER**

Defendant appeared before me with counsel on September 25, 2017, for a preliminary hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(b)(1). Defendant waived a preliminary examination but was heard on the issue of detention. I find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court

Date September 25, 2018

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge